# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARLOS RAY FRAZIER**                                                      **PLAINTIFF**
**ADC #650936**

**vs.**                              **4:20CV01060-SWW-JJV**

**ADAMS;** *et al.*                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 16th day of March, 2021.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE